BYNUM v. STATE OF INDIANA.

[No. 29,118.   Filed April 22, 1954.]

*P. L. Harden* and *Howard R. Hooper*, of Indianapolis, for appellant.

*Edwin K. Steers*, Attorney General, and *Carl Humble*, Deputy Attorney General, for appellee.

(See ante page 269.)

EMMERT, J.—This appeal is by the same appellant, and involves the same questions decided in *Bynum* v. *State* (1954), No. 29,117 ante p. 269. In this appear the affidavit charged contributing to the delinquency of another juvenile. The judgment provided the same punishment. On the authority of cause No. 29,117, the judgment is affirmed.

Draper, C. J., Gilkison, Flanagan, and Bobbitt, JJ., concur.

NOTE.—Reported in 118 N. E. 2d 900.